UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN THE MATTER OF | CASE NO: 07-06469 BKT |
|---|---|
| RAMON L. RAMOS-RODRIGUEZ | |
| Debtor(s) | CHAPTER 13 |

NOTICE OF POST CONFIRMATION MODIFICATION OF
PLAN DATED April 16, 2010

TO THE HONORABLE COURT:

  COMES NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully state(s), allege(s) and pray(s) as follows:

1.  That a modified plan dated April 16, 2010 which is attached, has been filed with the Clerk of this Court.

2.  That the Chapter 13 plan previously confirmed by this Honorable Court will remain in full force and effect unless the modified plan becomes the plan.

3.  That the reasons of this amended post confirmation plan is for the following purposes:

  (a)  To include post petition arrears to creditor Doral Financial Corp

4.  The reason for mortgage payment arrears were temporary extraordinary expenses caused by medical expenses and an income change the salary worker to social security income.

WHEREFORE, it is respectfully requested from this Honorable Court to approve the attached post confirmation plan dated February 10, 2010.

21 DAYS NOTICE:
*IN ACCORDANCE WITH FRBP 1017, FRBP 2002, AND FRBP 9013, AND LOCAL GENERAL ORDER NO 97-01, THE DEBTORS, ALL CREDITORS AND PARTIES IN INTEREST IN THIS CASE, ARE HEREBY NOTIFIED THAT UNLESS AN OPPOSITION TO THIS MOTION IS SUBMITTED IN WRITING WITHIN 21 DAYS FROM THE DATE APPEARING IN THE CERTIFICATE OF SERVICE, INFRA, THE COURT MAY GRANT THIS MOTION, WITHOUT A HEARING.*

  WE HEREBY CERTIFY that on this same date copy of this notice has been sent to Mr. Alejandro Oliveras Rivera, Esq. through ECF Filing System, and US Mail, PO Box 9024062, Old San Juan Station, San Juan, PR 00902-4062 and to all parties mentioned in attached Master Address List.

Respectfully submitted,

In San Juan, Puerto Rico this April 19, 2010

        *JAIME RODRÍGUEZ LAW OFFICE, PSC*
        Attorney for Petitioner(s)
        Paseo Los Corales II
        764 Mar del Norte ST.
        Dorado, PR 00646
        Tel: (787)797-4174
        Fax: (787)730-5454
        bayamonlawoffice@yahoo.com

        ELECTRONICALLY FILED
        S/ Jaime Rodriguez Perez,
        USDC- PR 221011

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                         Case No. **07-6469**

**RAMOS RODRIGUEZ, RAMON L**            Chapter **13**
               Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **4/16/2010**
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **2** = $ **400.00**
$ **300.00** x **24** = $ **7,200.00**
$ **355.00** x **4** = $ **1,420.00**
$ **460.00** x **30** = $ **13,800.00**
$ _____ x _____ = $ _____

TOTAL: $ **22,820.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **22,820.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ RAMON L RAMOS RODRIGUEZ**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINACIAL C** Cr. **DORAL FINANCIAL** Cr. _____
# **POST PET**    # **claim 2-1**    # _____
$ **3,585.68**    $ **5,946.00**    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. **AT&T VATIV RECOV** Cr. **COOP A/C LA REGL** Cr. **SEARS, PORFOLIO**
# **CLAIM 1-1**    # **CLAIM 3-2**    # **CLAIM 4-1**
$ **161.00**    $ **2,462.96**    $ **3,974.00**
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**DEBTOR WILL PAY 100% PLUS 6% INTEREST TO UNSECURED CREDITORS WHO TIMELY FILED PROOF OF CLAIM (unsecured non govermental units bar date is March 11, 2008.)**

Attorney for Debtor **Jaime Rodriguez Law Office, PSC**      Phone: **(787) 797-4174**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



# JAIME RODRIGUEZ LAW OFFICE, PSC

## CASE EVALUATION TABLE

| | |
|---|---|
| Case Num: | 07-06469 |
| Date: | 04/16/2010 |

**Debtor:** Ramon L. Ramos Rodriguez
**Spouse:**
**Telephone:**
**Case number:** 07-06469 BKT
**Trustee Name:** AO
**Previous plan Date:**
**Current plan Date:**
**Prior Cases:** none
**Filing Date:** 10/31/2007
**341 meeting date:** 12/12/2007
**Conf. date:** 01/25/2008
**Bar Date (Gov.):** 03/11/2008
**Bar Date (Others):**
**Non exempt Equity:** 0
**Liquidation Value:**

| PLAN | | | | |
|---|---|---|---|---|
| 200 | x | 2 | = | 400.00 |
| 300 | x | 24 | = | 7,200.00 |
| 355 | x | 4 | = | 1,420.00 |
| 460 | x | 30 | = | 13,800.00 |
| | x | | = | 0.00 |
| **TOTAL:** | | **60** | | **$22,820.00** |

| | SCHEDULED | CLAIM NUMBER | AMOUNT FILED |
|---|---|---|---|
| | | NONE | |
| Unsecured debts- 100% interest and 6% | | | 7,652.69 |
| Attorney Fees | | | 2,800.00 |
| Buffer to unsecured creditors | | | |
| Secured Debts Pre-Petition: | | | |
| Doral | | 2 | 5,946.00 |
| | | | |
| Total Secured Debts Pre-Petition | | | 16,398.69 |
| Secured Debts Post-Petition: | | | |
| doral | | | 3,585.68 |
| Total Secured Debts Post-Petition | | | 3,585.68 |
| Unsecured debts | | | |
| Application for compensation | | | |
| Priorities IRS | | | |
| Departamento de Vivienda | | | |
| Minimum Amount to be Distributed | - | | 19,984.37 |
| Trustee Fees | - | | 2,220.40 |
| *Minimum Plan Base* | $ - | | $ 22,204.77 |

RAMOS RODRIGUEZ, RAMON L
PARCELAS VAN SCOY CALLE PRINCIPAL
O-6
BAYAMON, PR  00957


Jaime Rodriguez Law Office, PSC
764 Mar Del Norte St Paseo Corales II
Dorado, PR  00646


AT&T VATIV RECOVERY PALISADES
PO BOX 19249
SUGAR LAND, TX  77496


COOP A/C LA REGLA DE ORO
D2-A CALLE PRINCIPAL VAN SCOY
BAYAMON, PR  00957


DORAL FINACIAL CORP
PO BOX 9024253
SAN JUAN, PR  00902-4253


DORAL FINANCIAL CORP.
PO BOX 9024253
SAN JUAN, PR  00902-4253


IGOR J. DOMINGUEZ
652 AVE. MUNOZ RIVERA SUITE 3125
SAN JUAN, PR  00918-4261


NCO FINANCIAL SYSTEMS INC
PO BOX 4907
TRENTON, NJ  08650-4907


SEARS, PORFOLIO RECOVERY
ASSOCIATION
PO BOX 41067
NORFOLK, VA  23541